## DeGARMO JONES *versus* JACOB SMITH

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1816-19): *Journal 2:* (1) Special bail *p. 503; (2) continued *p. 510; (3) settled out of court *p. 673.
PAPERS IN FILE: [None]